1
2
3
4
5
6                       UNITED STATES DISTRICT COURT
7                            DISTRICT OF NEVADA
8                                 * * * * *
9   ROBERT WAYNE NELSON,              )
                                      )
10                    Plaintiff,      )        3:08-cv-00587-LRH (RAM)
                                      )
11  v.                                )
                                      )        O R D E R
12  CITY OF RENO, NV, et al.,         )
                                      )
13                    Defendants.     )
    _____  )
14
15          The Court has considered the Report and Recommendation of U.S. Magistrate Judge Robert
16  A. McQuaid, Jr. (#27) entered on August 4, 2009, in which the Magistrate Judge recommends that
17  Defendant Henry Sotelo be dismissed without prejudice for Plaintiff's failure to effect timely service
18  on Defendant Sotelo.   No objections to the Report and Recommendation have been filed.  The Court
19  has considered the pleadings and memoranda of the parties and other relevant matters of record and
20  has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and
21  applicable case law, and good cause appearing, the court hereby
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /

1       ADOPTS AND ACCEPTS the Report and Recommendation of the United States

2  Magistrate Judge (#27); therefore, Defendant Henry Sotelo is dismissed without prejudice.

3       IT IS SO ORDERED.

4       DATED this 20th day of November, 2009.

 

 

 

                                      _____

                                        LARRY R. HICKS
                                        UNITED STATES DISTRICT JUDGE

2