AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

ROBERT WAYNE NELSON,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER:  **3:08-CV-00587-LRH-RAM**

CITY OF RENO, NV, et al.,

      Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that moving defendants' motion to dismiss (#10) is GRANTED.  The complaint is dismissed without prejudice as to defendants City of Reno, Reno Police Department, and Char McMillin.

   November 24, 2009              **LANCE S. WILSON**
                                                        Clerk

                                                        /s/ D. R. Morgan
                                                         Deputy Clerk